UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICIA DEAL, Plaintiff | CIVIL ACTION NO. 1:19-CV-00904 |
| VERSUS | JUDGE DRELL |
| OUTBACK STEAKHOUSE OF FLORIDA, L.L.C., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Deal's Motion to Remand (ECF No. 10) and Motion for Attorney's Fees and Costs (ECF No. 10) is DENIED.

IT IS FURTHER ORDERED that Mouton is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the recommendation to grant Bloomin' Brands' Motion to Amend/Correct the Notice of Removal (ECF No. 38) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 13th day of March, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT